IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JOE MOORE,                                              )
                                                        )
            Plaintiff,                                  )
                                                        )
    v.                                                  )          CV 126-058
                                                        )
TRAVIS ARRINDEL; HANNAH COHEN;                          )
KEVIN MCCLANAHAN; and MADALINA                          )
DANESCU,                                                )
                                                        )
            Defendants.                                 )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this ___18th___ day of May, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA