AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Joe Moore,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:  CV126-058

Travis Arrindel, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated May 18, 2026, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, this case is dismissed and this case stands closed.

5/18/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020